**Dismiss and Opinion Filed July 19, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00217-CV**

**IN THE INTEREST OF J.S.S., A CHILD**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-55770-2020**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Garcia
Opinion by Justice Molberg

It is well-settled that an appeal can only be taken from a signed final judgment that disposes of all parties and claims or signed interlocutory orders as authorized by statute. *See* TEX. R. APP. P. 26.1; *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). Because the challenged actions in this appeal— (1) the trial court's non-memorialized ruling on appellee's motion for sanctions and enforcement of final order in suit affecting parent-child relationship and (2) the district clerk's rejection of two documents appellant submitted electronically to be filed[1]—did not appear to be either, we questioned our jurisdiction over the appeal.

---

[1] The documents, a new trial motion and request for leave to file bill of review, were rejected because attached to each were proposed orders that needed to be filed "in their own separate envelope."

In a letter brief filed at our direction, appellant does not dispute the challenged actions are not appealable but asks that we exercise jurisdiction "for the protection of the true matter of this case J.S.S." or, alternatively, that we consider the appeal a petition for writ of mandamus. We decline to consider the appeal as a mandamus petition and, although this state has a long-standing policy of protecting children's interests, *see Williams v. Patton*, 821 S.W.2d 141, 145 (Tex. 1991), we cannot exercise appellate jurisdiction without a final judgment or appealable interlocutory order, *Tipps*, 842 S.W.2d at 272. Accordingly, because the challenged actions are not appealable, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Ken Molberg//

220217f.p05
KEN MOLBERG
JUSTICE

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.S.S., A
CHILD

No. 05-22-00217-CV

On Appeal from the 429th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 429-55770-
2020.
Opinion delivered by Justice
Molberg, Justices Reichek and
Garcia participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 19th day of July, 2022.